**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Mrugu Champaneri

v.

Hartford Life and Accident Insurance Company

Case Number:

FILED STAMP: JULY 9, 2008
08CV3895
JUDGE KENNELLY
MAG. JUDGE VALDEZ
J. N.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mrugu Champaneri

| | |
|---|---|
| NAME (Type or print) Mark D. DeBofsky | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Mark D. DeBofsky | |
| FIRM Daley, DeBofsky & Bryant | |
| STREET ADDRESS 55 West Monroe Street, Suite 2440 | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 03127892 | TELEPHONE NUMBER 312.372.5200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |