## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv3895   Assigned/Issued By: j. n.

Judge Name: KENNELLY   Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other _____
             [ ] $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 2918120

Date Payment Rec'd: 7-9-08   Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          *(Victim, Against and $ Amount)*
[ ] Writ _____            [ ] Other _____
    *(Type of Writ)*                         *(Type of issuance)*

1  Original and  0  copies on  7-9-08  as to  DEFENDANT
                              *(Date)*