AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MRUGU CHAMPANERI, Plaintiff

CASE NUMBER:    08CV3895

**v.**

ASSIGNED JUDGE:    JUDGE KENNELLY

MAG. JUDGE VALDEZ

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY, Defendant.

DESIGNATED
MAGISTRATE JUDGE:

       TO: (Name and address of Defendant)

Hartford Life and Accident Insurance Company
c/o Illinois Division of Insurance
James R. Thompson Center
100 W. Randolph St., Suite 9-301
Chicago, Il 60601-3395

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark D. Debofsky
Daley, Debofsky, and Bryant
55 W. Monroe St., Ste 2440
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

       NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**July 9, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/14/08 |
| NAME OF SERVER *(PRINT)* Don Ashley | TITLE Legal Asst. |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _IL. Director of Insurance_
At the J.R. Thompson Center

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL — | SERVICES — | TOTAL — |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/14/2008            *Signature of Server*
                    Date

                    55 W. Monroe Chicago IL 60047
                    *Address of Server* |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.