**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08-C-3895 |

MRUGU CHAMPANERI,
v.
GROUP LONG TERM DISABILITY PLAN FOR
EMPLOYEES OF ALLSTATE INSURANCE COMPANY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT, GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ALLSTATE INSURANCE COMPANY

| | |
|---|---|
| NAME (Type or print) | |
| Donald A. Murday | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Donald A. Murday | |
| FIRM | |
| Chittenden, Murday & Novotny LLC | |
| STREET ADDRESS | |
| 303 W. Madison Street, Suite 1400 | |
| CITY/STATE/ZIP | |
| Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6190971 | (312) 281-3600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |