IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MRUGU CHAMPANERI,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08-C-3895 |
| v. | ) | |
| | ) | Judge Kennelly |
| **GROUP LONG TERM DISABILITY PLAN** | ) | |
| **FOR EMPLOYEES OF ALLSTATE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF AGREED MOTION**

TO:   Mark D. DeBofsky
       Daley, DeBofsky & Bryant
       55 W. Monroe Street, Suite 2440
       Chicago, IL  60603

**PLEASE TAKE NOTICE** that on **Tuesday, August 5, 2008** at **9:30 a.m.**, or as soon thereafter as this motion may be heard, we shall appear before the **Honorable Judge Matthew F. Kennelly**, or any judge sitting in his place or stead, in the courtroom usually occupied by him in **Room 2103** in the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present **Defendant GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ALLSTATE INSURANCE COMPANY'S Agreed Motion for an Initial Extension of Time to Answer or Otherwise Plead**, a copy of which is served upon you.

**DATED** this **30th** day of July, 2008.

Respectfully submitted,

CHITTENDEN, MURDAY & NOVOTNY LLC

By:   /s/ Michael B. Galibois
       One of the Attorneys for Defendant
       GROUP LONG TERM DISABILITY PLAN
       FOR EMPLOYEES OF ALLSTATE
       INSURANCE COMPANY

Donald A. Murday
Michael B. Galibois
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison Street, Suite 1400
Chicago, IL  60606
(312) 281-3600
O:\HA815\41226-Champaneri\PLDGS\Not-Motion-Agreed-MET.doc

**PROOF OF SERVICE**

      I hereby certify that on **July 30, 2008**, a copy of the above-referenced **Motion** and corresponding **Notice** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                              Mark D. DeBofsky
                              Daley, DeBofsky & Bryant
                              E-mail: mdebofsky@ddbchicago.com