# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3895 | **DATE** | 8/4/2008 |
| **CASE TITLE** | Mrugu Champaneri vs. Group Long Term Disability Plan | | |

**DOCKET ENTRY TEXT**

Defendant's agreed motion for extension of time is granted. Response to complaint is to be filed by 9/1/08.

| | Courtroom Deputy Initials: | DS |
|---|---|---|